RECEIVED
MAY 1 4 2012
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § Case No. 409-CR-00802-ERW |
| HARRY THOMAS | § § § |

## MOTION FOR RETURN OF PROPERTY

Defendant Harry Thomas ("Thomas") moves this Court for an order that certain property seized from him be returned. Thomas asserts that he is the owner of $26,000.00 in U.S. Currency, in which property was seized from Thomas at the time of his arrest. Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, Thomas is entitled to have the above property returned. Therefore, Thomas moves this Court for an order for return of property.

Dated: May 9, 2012

Respectfully Submitted,

*Harry Lee Thomas*
Harry Thomas
Reg. #37069-044
FCI La Tuna
P.O. Box 3000
Anthony, NM  88021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed to the attorney for the government on May 9, 2012.

*Harry Lee Thomas*
Harry Thomas
Reg. #37069-044