37069-044
Harry L. Thomas
  LA TUNA
Federal Corretional Institution
P.O. Box 3000
Anthony N.M. 88021

EL PASO TX 799
RIO GRANDE DISTRICT
11 MAY 2012 PM 2 T



⇔37069-044⇔
Thomas F Eagleton
Courthouse
111 S 10TH ST
Room 3.300
Saint Louis, MO 63102
United States

**RECEIVED**

MAY 1 4 2012

**BY MAIL**

E310231125